IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BARAJAS,

    Petitioner,               No. CIV S-01-1572 DFL DAD P

    vs.

MIKE KNOWLES, Warden, et al.,

    Respondents.         <u>ORDER</u>

                              /

        Petitioner has responded to the court's May 24, 2005 order requiring him to show cause for his second failure to comply with court orders governing the stay of this action.  IT IS HEREBY ORDERED that:

        1. The order to show cause filed May 24, 2005, is discharged; and

        2. Petitioner's failure to file and serve a status report on or before July 1, 2005, will result in a recommendation that the stay be lifted and this action proceed on the petition previously submitted for decision on November 5, 2001.

DATED: June 8, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
bara1572.dch2