**VICTOR S. HALTOM**
A Professional Law Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**CHRISTOPHER BARAJAS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **CHRISTOPHER BARAJAS**, | CIV-S-01-1572 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's January 12, 2007 application for an enlargement of time until February 12, 2007, to file his traverse is granted.  On or before February 12, 2007, petitioner shall file his traverse.

DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/bara1572.eottrav