**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**CHRISTOPHER BARAJAS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER BARAJAS,** | CIV-S-01-1572 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES,** Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's February 9, 2007 application for an enlargement of time until February 14, 2007 is granted. On or before February 14, 2007, petitioner shall file his traverse in this matter.

DATED: February 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/bara1572.eottrav2