**VICTOR S. HALTOM**
A Professional Law Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**CHRISTOPHER BARAJAS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | | |
|---|---|---|
| **CHRISTOPHER BARAJAS**, | ) | CIV-S-01-1572 RRB JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| **MIKE KNOWLES**, Warden, et al., | ) | |
| Respondents. | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until April 30, 2008, to file his objections to the findings and recommendations is granted. On or before April 30, 2008, petitioner shall file his objections to the findings and recommendations. This date will not be extended.

DATED: March 18, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

bara1272.eot